MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RICHARD C. CHENG (CABN 135992)
Assistant United States Attorney

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: richard.cheng@usdoj.gov
         grant.fondo@usdoj.gov

Attorneys for Plaintiff

IT IS SO ORDERED AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMIE HARMON, <br><br> Defendant. | No. 08-00938 JW <br><br> PARTIES' STIPULATION TO RESCHEDULE DECEMBER 19, 2011, STATUS CONFERENCE TO FEBRUARY 20, 2012; [PROPOSED] ORDER |

    The United States of America and defendant Jamie Harmon, by and through their undersigned counsel, hereby submit this joint request to move the parties' status conference, currently scheduled for Monday, December 19, 2011, at 1:30 p.m. to February 20, 2012.

PARTIES JOINT STATEMENT AND STIPULATION

    On September 23, 2011, the United States filed a protective Notice of Appeal of this Court's order to overturn the jury's conviction of the defendant for five counts of laundering monetary instruments. The Court of Appeals issued the following briefing schedule:

U.S. v. HARMON
09-00938 JW                           1

| | | |
|---|---|---|
| Thursday, December 15, 2011: | Appellant's opening brief and excerpts or record shall be served and filed pursuant to FRAP 32 and 9th Cir.R. 32-1 |
| Monday, January 16, 2012: | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir.R. 32-1 |

On December 1, 2011, the United States filed a request for extension to file its opening brief to January 17, 2012, because the United States is currently in the process of obtaining the requisite authorization from the Office of the Solicitor General for the filing of the appeal. On December 1, 2011, the Ninth Circuit Court of Appeals granted the United States' motion, and revised the briefing schedule as follows:

| | |
|---|---|
| Friday, January 17, 2012: | Appellant's opening brief and excerpts or record shall be served and filed pursuant to FRAP 32 and 9th Cir.R. 32-1 |
| Thursday, February 16, 2012: | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir.R. 32-1 |

The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir.R. 32-1.

Therefore, the parties request the parties' December 19, 2011, status conference be rescheduled to February 20, 2012.

The parties agree that any period of delay resulting from this interlocutory appeal shall be excluded in computing the time within which trial in this matter must commence, pursuant to Title 18 U.S.C. § 3161(h)(1)(C).

DATED: December 13, 2011.

Respectfully submitted,

MELINDA HAAG
United States Attorney

/S/

RICHARD C. CHENG
Assistant United States Attorney

| 1 | DATED: December 13, 2011. | Respectfully submitted, |
|---|---|---|
| 2 | | |
| 3 | | /S/ |
| 4 | | EDWARD SWANSON, ESQ.<br>Counsel for Defendant |

[~~PROPOSED~~] ORDER

Based upon the representation of counsel and for good cause shown, the parties' status conference scheduled for December 19, 2011, at 1:30 p.m. is reschedule for February ~~29~~ 27, 2012. The Court further finds that any period of delay resulting from this interlocutory appeal shall be excluded in computing the time within which trial in this matter must commence, pursuant to Title 18 U.S.C. § 3161(h)(1)(C).

IT IS ORDERED

DATED: December 15, 2011

JAMES WARE / Chief
United States District Judge