CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorney for Defendant CHRISTIAN PANTAGES

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-0938-JW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| | ) | **[PROPOSED] ORDER** |
| v. | ) | **CONTINUING HEARING** |
| | ) | |
| CHRISTIAN PANTAGES et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY ORDERED THAT:

Because the case against the codefendant is not yet resolved, the sentencing date currently set for February 13, 2012 is hereby continued until June 4̶ 11, 2012. Time continues to be excluded under 18 U.S.C. § 3161 (h)(7)(B)(ii).

Date: February 7, 2012

/s/
Christopher J. Cannon
Attorney for Christian Pantages

Date: February 7, 2012

/s/
Richard Cheng
Assistant United States Attorney

SO ORDERED.

Date: February 8, 2012

*James Ware*
The Honorable James Ware
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING     1
CR-08-0938-JW