CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorney for Defendant CHRISTIAN PANTAGES

IT IS SO ORDERED AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0938-JW |
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** |
| v. | ) ) | |
| CHRISTIAN PANTAGES et al., | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY ORDERED THAT:

Because the case against the codefendant is not yet resolved, the sentencing date currently set for February 13, 2012 is hereby continued until June 4, 2012 [modified to June 11, 2012]. Time continues to be excluded under 18 U.S.C. § 3161 (h)(7)(B)(ii).

Date: February 7, 2012        /s/
                              Christopher J. Cannon
                              Attorney for Christian Pantages

Date: February 7, 2012        /s/
                              Richard Cheng
                              Assistant United States Attorney

SO ORDERED.

Date: February 8, 2012

_____
The Honorable James Ware
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING      1
CR-08-0938-JW