MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RICHARD C. CHENG (CABN 135992)
Assistant United States Attorney

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: richard.cheng@usdoj.gov
        grant.fondo@usdoj.gov

Attorneys for Plaintiff

IT IS SO ORDERED AS MODIFIED

*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMIE HARMON, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 08-00938 JW <br><br> PARTIES' STIPULATION TO RESCHEDULE JUNE 11, 2012, STATUS CONFERENCE TO OCTOBER 25, 2012; [PROPOSED] ORDER |

    The United States of America and defendant Jamie Harmon, by and through their undersigned counsel, hereby submit this joint request to move the parties' status conference, currently scheduled for Monday, June 11, 2012, at 1:30 p.m. to October 25, 2012.

PARTIES JOINT STATEMENT AND STIPULATION

    On September 23, 2011, the United States filed a Notice of Appeal of this Court's order to overturn the jury's conviction of the defendant for five counts of laundering monetary instruments.

1    On December 1, 2011, the United States filed a request for extension to file its opening brief
2 to January 17, 2012, because the United States was in the process of obtaining the requisite
3 authorization from the Office of the Solicitor General for the filing of the appeal.  On December
4 1, 2011, the Ninth Circuit Court of Appeals granted the United States' motion.
5    On Friday, January 17, 2012, the United States filed its opening brief.  Subsequently,
6 appellant has filed two requests for extensions to file its answering brief, both of which were
7 granted.  Appellant's opening brief is currently due later this month, and the United State's reply
8 brief 14 days thereafter.
9    Therefore, the parties request the parties' June 11, 2012, status conference be rescheduled to
10 October 25, 2012.
11    The parties agree that any period of delay resulting from this appeal shall be excluded in
12 computing the time within which trial in this matter must commence, pursuant to Title 18 U.S.C.
13 § 3161(h)(1)(C).

DATED: June 6, 2012                Respectfully submitted,

                                   MELINDA HAAG
                                   United States Attorney

                                          /S/
                                   _____
                                   GRANT P. FONDO
                                   Assistant United States Attorney


DATED: June 6, 2012                Respectfully submitted,

                                          /S/
                                   _____
                                   EDWARD SWANSON, ESQ.
                                   Counsel for Defendant

1  [PROPOSED] ORDER

Based upon the representation of counsel and for good cause shown, the parties' status conference scheduled for June 11, 2012, at 1:30 p.m. is reschedule for October ~~25~~ 15, 2012. The Court further finds that any period of delay resulting from this interlocutory appeal shall be excluded in computing the time within which trial in this matter must commence, pursuant to Title 18 U.S.C. § 3161(h)(1)(C).

IT IS ORDERED

DATED: June 7, 2012

_____
JAMES WARE
United States District Judge