CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorney for Defendant CHRISTIAN PANTAGES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-0938-JW |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER NUNC PRO TUNC ALLOWING TRAVEL** |
| v. | ) ) | |
| CHRISTIAN PANTAGES et al., | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY ORDERED THAT:

Christian Pantages may travel to Pittsburgh, Pennsylvania departing Thursday, June 28, 2012 and returning Monday July 2, 2012.

Date: June 28, 2012  /s/Christopher Cannon
Christopher J. Cannon
Attorney for Christian Pantages

Date: June 28, 2012  /s/Richard Cheng
Richard C. Cheng
Assistant United States Attorney

**SO ORDERED.**

Date: Lxn{ "5."4234

The Honorable Paul Grewal
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
CR-08-0938-JW