CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorney for Defendant CHRISTIAN PANTAGES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 08-0938-JW |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER ALLOWING TRAVEL** |
| v. | ) |
| CHRISTIAN PANTAGES et al., | ) |
| Defendant. | ) |

Christian Pantages may travel to New York, NY to attend a music performance, departing Thursday, January 10, 2013 and returning Monday, January 14, 2013. Pretrial does not object to the trip. Before he departs he shall provide pretrial with his itinerary.

**IT IS SO STIPULATED.**

Date: 1/7/2013
/s/
Christopher J. Cannon
Attorney for Christian Pantages

Date: 1/7/2013
/s/
Richard C. Cheng
Assistant United States Attorney

**IT IS SO ORDERED.**

Date: January 7, 2013
The Honorable Paul Grewal
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
CR-08-0938-JW