UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. CR 08-00938-LHK |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| CHRISTIAN PANTAGES, ) | |
| Defendant. ) | |

For the reasons stated in the parties Stipulation To Continue Sentencing, and for good cause shown, the Court vacates the March 20, 2013 status date re: sentencing with respect to the defendant Christian Pantages, and sets a new status hearing date re: sentencing to the date of June 26, 2013 at 9:00 a.m, to be heard in the United States District Court in San Jose, California.

DATED:  3/12/13

HON. LUCY H. KOH
United States District Judge

PARTIES JOINT STIPULATION TO CONTINUANCE OF STATUS CONFERENCE RE: SENTENCING
08 CR 00938LHK