SWANSON & McNAMARA LLP
Edward Swanson (SBN 159859)
  eswanson@swansonmcnamara.com
Britt Evangelist (SBN 260457)
  bevangelist@swansonmcnamara.com
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone:   (415) 477-3800
Facsimile:   (415) 477-9010

Attorneys for Defendant: JAMIE HARMON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 08-00938 LHK |
|---|---|
| Plaintiff, | **PARTIE'S STIPULATION AND REQUEST TO RESCHEDULE MAY 8, 2013 STATUS CONFERENCE TO JUNE 12, 2013 AT 9:30 A.M.** |
| vs. | |
| JAMIE HARMON, | |
| Defendant. | |

The United States of America, by and through Assistant United States Attorney Richard Cheng, and Jamie Harmon, by and through her counsel Edward W. Swanson, hereby submit this stipulated request to move the status conference currently scheduled for May 8, 2013 at 9:30 a.m., to June 12, 2013 at 9:30 a.m. The parties agree and stipulate as follows:

(1)    On September 23, 2011, the United States filed a Notice of Appeal of this Court's order on Harmon's new trial motion;

(2)    The Ninth Circuit Court of Appeals issued a briefing scheduling and the parties subsequently briefed the issues on appeal;

(3)    On February 12, 2013, the parties appeared before the Ninth Circuit for oral argument;

(4) The case has been submitted and is currently under consideration by the Ninth Circuit;

(5) The parties previously rescheduled the status conference from March 13, 2013 to May 8, 2013 in light of the pending appeal.

(6) Subject to the availability and approval by this Court, the parties request that the May 8, 2013, status conference be rescheduled to June 12, 2103.

IT IS SO STIPULATED.

DATED: May 1, 2013 /s/
Richard Cheng
Assistant United States Attorney

DATED: May 1, 2013 /s/
Edward W. Swanson
SWANSON & McNAMARA LLP
Attorneys for JAMIE HARMON

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 5/2/13
HON. Lucy H. Koh
United States District Court Judge

1
STIPULATION TO RESCHEDULE STATUS CONFERENCE