CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorney for Defendant CHRISTIAN PANTAGES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 08-00938-LHK |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
|  | ) **ORDER SCHEDULING STATUS** |
| v. | ) **HEARING DATE** |
| CHRISTIAN PANTAGES | ) |
| Defendant. | ) |

With the agreement of the parties, and with the consent of the defendant Christian Pantages ("Pantages"), the Court enters this order (1) vacating the status hearing for defendant Pantages, currently set for May 8 at 9:00 am; and (2) setting a status hearing for September 18, 2013 at 9:50a.m., before Hon. Judge Lucy H. Koh in San Jose, California. The parties agree, and the Court finds and holds, as follows:

1. Christian Pantages, entered his guilty plea to Conspiracy to Buy Stolen Goods Constituting an Interstate Shipment, in violation of 18 U.S.C. § 371 and 2; and Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h), on March 8, 2010, pursuant to a cooperation plea agreement with the Government.

2. During the three-week trial presided over by Hon. Judge James Ware, Pantages testified

against co-defendant Jamie Harmon ("Harmon"). Harmon was convicted by jury of five substantive counts of money laundering. A mistrial was declared on one count of conspiracy to commit money laundering, for which the jury was unable to reach a verdict.

3. Harmon subsequently filed a motion for acquittal, or in the alternative a new trial. After the completion of briefing and evidentiary hearings, the Judge Ware issued an order rejecting all of defendant's arguments, but nonetheless granting her motion based on a claim of instructional error never raised or argued by the parties. A government appeal of the District Court's decision was filed in January 2012. Harmon filed an answering brief in June 2012. An oral argument of the appeal occurred on February 12, 2013 and a decision is pending.

4. The parties in the Harmon case have stipulated to continue that status hearing until June 12, 2013.

5. Because the parties believe it is appropriate for Pantages' hearing to proceed after the completion of a possible re-trial of co-defendant Harmon, specifically because Pantages will be called again to testify at the re-trial of co-defendant Harmon regarding all counts of the original indictment, the parties jointly request the vacating of the current status date of May 8, 2013 for Mr. Pantages and have that date reset to September 18, 2013.

IT IS SO STIPULATED.

Dated: 5/02/2013	Melinda Haag
	United States Attorney
	Richard C. Cheng
	Assistant United States Attorney

	/s/_____

Dated: 5/02/2013	Christopher Cannon, ESQ.
	/s/_____

PARTIES JOINT STIPULATION TO CONTINUANCE OF STATUS CONFERENCE RE: SENTENCING 08 CR 00938LHK

ORDER

For the reasons stated in the parties Stipulation To Continue Sentencing, and for good cause shown, the Court vacates the May 8, 2013 status date re: sentencing with respect to the defendant Christian Pantages, and sets a new status hearing date for September 18, 2013 at 9:50 a.m., to be heard in the United States District Court in San Jose, California.

Dated: 5/6/13

_____
Honorable Lucy H. Koh
United States District Judge