Edward W. Swanson, SBN 159859
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for JAMIE HARMON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>JAMIE HARMON,<br><br>        Defendant. | No. CR 08-0938 LHK<br><br>**RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM** |
| --- | --- |

Defendant Jamie Harley respectfully submits this brief response to the government's sentencing memorandum. The government bases its request for a 30-month sentence in part on its "concern[] about the defendant's actions as an attorney" in February 2010. Govt. Memo., 4. The government alleges that Ms. Harley "made false representations to a Superior Court Judge in a matter involving client funds." *Id.* This accusation is inaccurate, apparently as a result of the government's misunderstanding of that event – an event, incidentally, that has no factual connection to the offense of conviction. Therefore, the Court should disregard the government's argument relating to this incident.

The government writes that in early 2010 Ms. Harley represented a minor, JL, and his brother, RL, in two unrelated prosecutions and that she charged $15,000 for JL and $30,000 for RL.  *Id.*  Ms. Harley then allegedly convinced a judge to release $45,000 from a locked account for JL's representation but failed to inform the court "that the funds were also to be used to defend RL."  *Id.*  At the conclusion of the case, according to the government, Ms. Harley provided an accounting of the funds spent in JL's case but did not disclose that the money was used for both cases.  *Id.* at 5.

What actually happened is that Ms. Harley agreed to represent JL for a flat fee of $45,000, exactly as she told the court.  *See* <u>Exhibit A</u> (signed retainer agreement for JL providing that "client agrees to pay a fixed fee of $45,000 of which [sic] has been paid through court order");[1] Govt. Memo., Attachment C, at 3 (transcript in which Ms. Harley told the Superior Court Judge that "this $45,000 is an all-inclusive flat fee").  She charged nothing to represent RL.  *See* Govt. Memo., Attachment E (letter to the State Bar stating that "Ms. Harley agreed to handle both cases for the cost of one case").  The accounting she filed with the court showed her work for JL.  *See* Govt. Memo., Attachment D.  It did not include her work for RL because she took that case pro bono.

Contrary to the government's assertion, Ms. Harley's conduct in the JL and RL cases does not demonstrate a "lack of respect for the law."  And far from showing that Ms. Harley is *more* deserving of punishment, the incident highlighted by the government only underscores that Ms. Harley's history and characteristics make a non-custodial sentence appropriate.  Ms. Harley agreed to take on two serious cases – both attempted homicides – at the same time, charging only

---

[1] Names of the individuals have been redacted from Exhibit A.  Counsel will provide unredacted copies to the Court and the government.

**Response to Government Sentencing Memorandum**
*United States v. Harmon*, CR 08-0938 LHK

a modest fee for one and nothing at all for the other, because of her commitment to the family. As she told the Superior Court judge at the time: "I'm completely aware of the family's financial situation, and as is generally my practice, I will do everything I can for this family, even if it includes an appeal, should that become necessary."  Attachment C to Govt. Sent. Memo, at 4.

Ms. Harley respectfully requests that the Court disregard the government's incorrect allegations in making its sentencing decision.

Dated: January 12, 2015                          Respectfully submitted,

                                                 _____/s/_____

                                                 Edward W. Swanson
                                                 August Gugelmann
                                                 SWANSON & McNAMARA LLP
                                                 Attorneys for JAMIE HARMON

**Response to Government Sentencing Memorandum**
*United States v. Harmon*, CR 08-0938 LHK